FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com
*Attorney for Plaintiff,*
*TruGreen Limited Partnership*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>    vs.<br><br>FARRUKH    SOHAIL<br>and    BLOOMSGREEN,<br>LLC,<br>    Defendants. | ) Case No.:<br>)<br>)    **COMPLAINT FOR**<br>)    **DECLARATORY, INJUUNCTIVE**<br>)    **AND MONETARY RELIEF**<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW Plaintiff TruGreen Limited Partnership ("TruGreen"), by and through counsel, and hereby files this Verified Complaint for Declaratory, Injunctive, and Monetary Relief ("Complaint") against Defendants Farrukh Sohail ("Sohail") and BloomsGreen, LLC ("BloomsGreen") (collectively, "Defendants"). For its causes of action, TruGreen would show the Court as follows:

### INTRODUCTION AND NATURE OF THE CASE

1.    This is an action for breach of a contract, trademark and trade dress infringement, and unfair competition.

2.    TruGreen is engaged in the highly competitive lawn care services business across the continental United States and Canada.

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

3.      Defendant Sohail is a former Market General Manager for TruGreen.  As a Market General Manager for TruGreen, Sohail was permitted access to TruGreen's (a) Trade Secrets and other Confidential Information and (b) residential and commercial customers to grow those relationships on behalf of TruGreen.

4.      On September 25, 2022, Sohail's employment with TruGreen terminated.   Shortly  thereafter,  he  established  a  competing  company  called BloomsGreen, LLC, a lawn care services company headquartered in Sparks, Nevada, and  began  immediately:  (a)  competing  with  TruGreen  by  (i)  providing  competing products  and  services  in  the  same  counties  in  which  he  performed  services  for TruGreen, (ii) soliciting TruGreen customers whom he dealt with and about whom he learned confidential information about prior to his departure from TruGreen, and (iii) soliciting TruGreen employees to leave TruGreen and join his new competing, and (b) infringing on TruGreen's trademarks and trade dress, all in violation of his contractual, common law and statutory obligations owed to TruGreen.

5.      TruGreen files this action seeking injunctive and monetary relief.

## VENUE AND JURISDICTION

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1331. This court has supplemental jurisdiction over the breach of contract claim pursuant to 28 U.S.C. § 1367.

7.      This Court has personal jurisdiction over Sohail because he is domiciled in this District and this action arises from Sohail's knowing and intentional breach of certain contractual, common law, and statutory obligations owed to TruGreen while acting within and causing injury within this State and District. For example, Sohail solicited customers from TruGreen in violation of his post-employment contractual

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

obligations owed to TruGreen and Sohail and BloomsGreen have and continue to infringe on TruGreen's trademarks, all while living and working in Nevada.

8.  Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in this District in that a substantial part of the events or omissions giving rise to this action occurred in this District. Additionally, upon information and belief, Sohail and BloomsGreen reside in this District as defined in 28 U.S.C. § 1391(b)(1).

## PARTIES

9.  TruGreen is a privately held Delaware limited partnership with its principal place of business in Memphis, Tennessee.

10. Upon information and belief, Sohail is a Nevada resident domiciled at 6686 Sportoletti Drive, Sparks, Nevada 89436.

11. BloomsGreen is a Nevada limited liability company owned and operated by Sohail with its principal place of business located at 6686 Sportoletti Drive, Sparks, Nevada 89436.  Sohail is the Managing Member of BloomsGreen.

## FACTUAL ALLEGATIONS

A.  **TruGreen's Business**

12. TruGreen provides lawn care services, including healthy lawn analyses, fertilization, tree, and shrub care, weed control, insect control, and other related services to residential and commercial customers located throughout the continental United States and Canada.

13. TruGreen services its residential and commercial customers through branch offices ("Branches") that cover specific defined territories or markets ("Markets").

3

FP 47482102.1

14.     Each TruGreen Branch is managed by a Market General Manager ("Market GM").

15.     TruGreen employs Lawn Care Specialists who work out of their assigned Branch.  Lawn Care Specialists provide TruGreen's services directly to its residential and commercial customers.

16.     TruGreen's Specialists report to Service Managers within their respective Branch who, in turn, report to the Market GM for that Branch.

17.     With respect to TruGreen's residential sales staff, TruGreen employs Residential Branch Sales Managers who report directly to a Residential Regional Sales Manager.  The Residential Branch Sales Managers also report, on a "dotted line," to the Market GM for their respective Branch.  The Regional Sales Managers report directly to the Director of Residential Sales.

18.     With respect to TruGreen's commercial sales staff, TruGreen employs Business Development Representatives ("BDR"s) for each Branch.  The BDRs report directly to Commercial Sales Managers who, in turn, report to the Director of Commercial Sales.  Similar to the Residential Branch Sales Managers, the BDRs also report, on a "dotted line" to the Market GM for their respective Branch.

B.      **TruGreen's Customer Relationships, Trade Secrets and other Confidential Information**

19.     As a leader in the lawn services industry, TruGreen has invested substantial money and time to obtain, cultivate, grow and retain its residential and commercial customer relationships.  Because of its high quality of products and services, TruGreen has maintained many of these relationships for multiple years.

20.     The number of TruGreen's residential accounts in its Sacramento, California, Concord, California, and Reno, Nevada Markets alone (which are at issue in

4

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

this lawsuit) exceed well over ten thousand (10,000) accounts as of September of 2022 when Mr. Sohail's employment with TruGreen terminated.  The number of TruGreen's commercial accounts in those same Markets exceeded 280accounts as of that same date.

21.    TruGreen's residential customers generally enter into oral agreements with TruGreen to provide specific services that are sold in packages or programs on an annual basis unless and until the residential customer terminates the services.

22.    TruGreen's commercial customers enter into written agreements with TruGreen for specific services that TruGreen provides on an annual basis.  The commercial contracts generally renew annually unless the commercial customer terminates the contact by giving 30-days' written notice of termination.

23.    The relationship between TruGreen and its customers is one of considerable trust and confidence, and it has taken months and years to build such customer relationships honestly and lawfully.  TruGreen works closely with each of its customers to learn about their particular property and needs so it can offer the best products and services available.

24.    TruGreen has developed, and continues to develop, specific information related to each of its residential and commercial customer accounts and maintains that information in its confidential database called "Mission", as well as in its confidential customer relationship management ("CRM") software, called "Dynamics", and in confidential files maintained on TruGeen's secure computer servers.

25.    The confidential customer information that TruGreen develops and maintains on Mission, Dynamics and in other confidential files, includes but is not limited to:  (a) copies of the commercial contracts with terms and notes regarding the customers' specific and unique preferences, (b) the specific name, e-mail address, and

phone number of the customer contact or the individual who is authorized to enter into agreements with TruGreen; (c) the size of the customer's property being serviced, (d) the specific services that TruGreen provides to that customer, (e) the number of services that TruGreen provides to that customer annually, (f) the pricing or dollar amount that TruGreen charged the customer for the services provided annually, (g) TruGeen's costs for freight, chemicals, labor, fuel, and its profit margins, (h) the dates of each service application, (i) the other services that TruGreen has proposed to the customer that the customer has not yet purchased, (j) the number of times TruGreen has performed a re-service of applications, (k) the amount the customer has spent on TruGreen services in the prior years, (l) specific notes regarding the account's billing and payment history, and (m) information regarding other opportunities for TruGreen to sell products and services to other locations associated with that customer (collectively referred to as TruGreen's "Trade Secrets and other Confidential Information").

26.    TruGreen's Market GM's are authorized to access the Mission database and generate a variety of reports that contain TruGreen's Trade Secrets and other Confidential Information for all of the accounts that fall within the Market GM's territory.  For example, in preparation for TruGeen's weekly Commercial Meetings, Market GMs routinely pull and review "Streets & Trips" reports that assemble all of the information described above (except for information regarding proposals that were not yet purchased by the customer) for all of TruGreen's residential and customer accounts in their respective territories.   Market GMs also generate TruGreen's "Unserviced Reports" which identify the services that have not yet been completed, the aging on such services, and which uncompleted services are close to "falling off" because they are too close to the next service.

6

FP 47482102.1

27.     TruGreen has spent months and years, and significant resources developing its Trade Secrets and other Confidential Information.  Its Trade Secrets and other Confidential Information enable TruGreen to provide excellent service tailored to each customer's unique needs and give TruGreen a significant competitive advantage.

28.     The creation, development, and maintenance of TruGreen's Trade Secrets and other Confidential Information are critical to the success of TruGreen's business.   TruGreen derives economic value from its Trade Secrets and other Confidential Information because they are not known to TruGreen's competitors, allowing TruGreen to gain a competitive advantage in the market through the strategies and information it has developed.

29.     TruGreen reposed trust and confidence in its employees, including Sohail, to: (a) protect TruGreen's Trade Secrets and other Confidential Information, (b) only use TruGreen's Trade Secrets and other Confidential Information for legitimate TruGreen business purposes, (c) service and maintain TruGreen's customer relationships, and (d) refrain from misusing those relationships by diverting them unlawfully to an unscrupulous competitor.

**C.     TruGreen Protects its Trade Secrets and other Confidential Information**

30.     TruGreen's Trade Secrets and other Confidential Information are maintained as confidential and TruGreen takes reasonable precautions to prevent disclosure of this information to third persons, by limiting access to that information to a small number of individual employees whose role is critical in the development, analysis, or implementation of the information.

/ / /

/ / /

FP 47482102.1

31.    TruGreen uses password protected computer systems that limit employees access to TruGreen's Dynamics CRM software, and other confidential files residing on its protected computer servers.

32.    TruGreen also limits access to its Mission database to company managers and requires them to utilize a unique username and password specific to Mission.

33.    To the extent that confidential information exists in written paper form, such documents are kept in secured areas with limited access.

34.    TruGreen requires employees who are responsible for developing and maintaining TruGreen's customer relationships, and who are required to access TruGreen's Trade Secrets and other Confidential Information to perform their duties, to execute agreements containing non-disclosure obligations and other restrictive covenants.

35.    TruGreen implements and requires its employees to abide by its confidentiality policies that prohibit employees from: (a) using or disclosing confidential customer information for personal gain, and (b) removing any TruGreen documents, notes, files, records, computer files or similar materials from TruGreen's premises without manager approval.  An employee who violates TruGreen's policies regarding confidentiality may be subject to discipline up to and including termination.

36.    In addition, TruGreen maintains a Code of Ethical Business Conduct (the "Code") that requires employees to safeguard TruGreen's proprietary and confidential information as a condition of employment.  TruGreen requires all employees, including Sohail, to participate in training pertaining to the Code.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

8

37.     TruGreen also prohibits non-employees from being on company property during work or non-working hours unless it is business related.  All TruGreen facilities are required to maintain a Visitor Log Form at the front entrance of the facility and anywhere else non-employees are permitted to enter the facility.

**D.     TruGreen's Trademarks**

38.     For over thirty years, TruGreen has been using the trademark TRUGREEN, alone and in combination with certain designs, to advertise and sell various types of lawn care services, along with other products and services, and is the owner of state and federal common law and statutory trademark rights in the word mark TRUGREEN for lawn, tree, and shrub care services, among other products and services.

39.     In addition, on February 26, 2002, TruGreen obtained from the United States Patent and Trademark Office ("USPTO") a federal trademark registration for its TRUGREEN trademark, U.S. Registration No. 2,543,094, for use in connection with "installation and maintenance of landscape irrigation systems; landscape pesticide application; landscape snow and ice removal; pest control services" and "lawn, tree and shrub care services; landscape gardening and design for others; flower, tree, shrub and lawn planting and maintenance for others."  Attached as **Exhibit A** is a true and correct copy of U.S. Registration No. 2,543,094.

40.     On October 12, 2021, TruGreen obtained from the USPTO a federal trademark registration for its stylized TRUGREEN mark, U.S. Registration No. 6,514,389, for use in connection with "integrated pest management services other than for agriculture, aquaculture, horticulture and forestry purposes" and "lawn, tree and shrub care."  Attached as **Exhibit B** is a true and correct copy of U.S. Registration No.

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

6,514,389.  U.S. Registration Nos. 2,543,094 and 6,514,389, together with the common law rights in the TRUGREEN mark and TRUGREEN (and Design) mark, are collectively referred to as the "TRUGREEN Trademarks."

41.    Since 2010, TruGreen has been using a stylized leaf mark  to advertise and sell these same services and is the owner of state and federal common law and statutory trademark rights in that mark. On July 6, 2010, TruGreen obtained from the USPTO a federal trademark registration for its stylized leaf mark, U.S. Registration No. 3,815,756, for use in connection with "lawn, tree, and shrub care."  On July 20, 2010, TruGreen obtained from the USPTO a federal trademark registration for its stylized leaf mark, U.S. Registration No. 3,823,144, for use in connection with "integrated pest management services other than agricultural purposes."  Attached as **Exhibits C** and **D** are true and correct copies of U.S. Registration Nos. 3,815,756 and 3,823,144. These registrations, together with the common law rights in the stylized leaf mark, are collectively referred to as the "LEAF DESIGN Trademark."

42.    In addition, at least as early as January 14, 2014, TruGreen began using the mark LIVE LIFE OUTSIDE in connection with its lawn care and related services and is the owner of state and federal common law and statutory rights in that mark. On December 29, 2015, TruGreen obtained from the USPTO a federal trademark registration for its LIVE LIFE OUTSIDE trademark, U.S. Registration No. 4,878,268, for use in connection with "installation and maintenance of landscape irrigation systems; landscape pesticide application not for agriculture, forestry or horticulture purposes" and flower, tree, shrub and lawn maintenance for others; landscape tree and shrub care; natural-based lawn, tree and shrub care services; landscape pesticide application for horticulture purposes."  Attached as **Exhibit E** is a true and correct copy

10

of U.S. Registration No. 4,878,268. This registration, together with the common law

rights in the LIVE LIFE OUTSIDE mark, is referred to as the "LLO Trademark."

43.    TruGreen's relevant trademark registrations are set forth in the table

below and are collectively referred to as the "TruGreen Trademarks":

| Registration No. | Trademark | Goods/Services | Date of First Use and Date of First Use in Commerce |
|---|---|---|---|
| 2,543,094 | **TRUGREEN** | installation and maintenance of landscape irrigation systems; landscape pesticide application; landscape snow and ice removal; pest control services; lawn, tree, and shrub care services; landscape gardening and design for others; flower, tree, shrub and lawn planting and maintenance for others | First use – at least as early as November 30, 1990;  First use in commerce – at least as early as November 30, 1990 |
| 6,514,389 | *TRUGREEN* | integrated pest management services other than for agriculture, aquaculture, horticulture and forestry purposes; lawn, tree, and shrub care | First use – June 17, 2014; First use in commerce – June 17, 2014 |
| 3,815,756 | | lawn, tree, and shrub care | First use - January 2010; First use in commerce – January 2010 |
| 3,823,144 | | integrated pest management | First use - January 2010; First use in |

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

| | | services other than agricultural purposes | commerce – January 2010 |
|---|---|---|---|
| 4,878,268 | LIVE LIFE OUTSIDE | installation and maintenance of landscape irrigation systems; landscape pesticide application not for agriculture, forestry, or horticulture purposes; flower, tree, shrub, and lawn maintenance for others; landscape tree and shrub care; natural-based lawn, tree and shrub care services; landscape pesticide application for horticulture purposes | First use - January 14, 2014; First use in commerce – January 14, 2014 |

44.    TruGreen has been using the TruGreen Trademarks in a prominent and distinctive manner in interstate commerce so as to distinguish its products from those of others and has spent significant effort and sums of money in advertising and otherwise promoting the sale of its goods under the TruGreen Trademarks around the United States. TruGreen has sold lawn care services and related services to countless customers under the TruGreen Trademarks and has spent millions in advertising related to the TruGreen Trademarks.

45.    As a result of TruGreen's long and exclusive use of its TruGreen Trademarks, the large number of sales under the TruGreen Trademarks, and the large amount of money spent or foregone for advertising and promotion of the services sold under the TruGreen Trademarks, the TruGreen Trademarks have become, through

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

12

1    widespread and favorable public acceptance and recognition, exclusive assets of

2    substantial value as symbols of TruGreen, its quality of services, and its good will.

3          46.    Nearly all of the TruGreen Trademarks have obtained incontestable

4    status pursuant to 15 U.S.C. § 1065.

5          47.    Due to TruGreen's use and promotion, the trade and purchasing public

6    has come to know and recognize the TruGreen Trademarks as designations identifying

7

8    TruGreen as the source of lawn care and related services. Accordingly, the TruGreen

9    Trademarks have developed and represent valuable goodwill which rightfully belongs

10   exclusively to TruGreen.

11   **E.    TruGreen's Website**

12

13         48.    TruGreen has created and maintains, at great expense, an original,

14   creative website, located at www.trugreen.com, which depicts the TruGreen

15   Trademarks and which promotes TruGreen's services.  A screenshot of TruGreen's

16   website is shown below:

17



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

13

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1

**Figure 1: Screenshot of TruGreen's Website**

2    49.    In the top left-hand corner of the website is the stylized TRUGREEN

3
mark, which contains a stylized leaf in the "N," and the italicized phrase LIVE LIFE

4
OUTSIDE directly below:

5

6


7

8

9    **Figure 2: Stylized Mark consisting of TruGreen's stylized TRUGREEN
trademark (which incorporates the LEAF DESIGN Trademark) and**

10    **TruGreen's LIVE LIFE OUTSIDE trademark**

11    50.    TruGreen has spent substantial amounts of time, money, and effort

12
creating and designing its website.

13    51.    TruGreen provides such an original and creative website for the purposes

14
of establishing TruGreen as a leader in the market for lawn care and related services.

15

16    52.    TruGreen provides in the "Terms & Conditions" of its website that "All

17
images, text, sound, photos, custom graphics, button icons, the collection and

18
compilation and assembly thereof, and the overall 'look and feel' and distinctiveness of

19
the Site constitute trade dress and are either the property of TruGreen or used on this

20
Site with permission."   Terms & Conditions, § 5. The Terms & Conditions further

21
provide that "You acknowledge and agree that information and services available on the

22
Site are protected by copyrights, trademarks, service marks, patents, trade secrets, or

23
other proprietary rights and laws and are owned or licensed by TruGreen."  *Id.*   A

24

25    complete copy of the Terms & Conditions is attached as **Exhibit F**.

26    / / /

27    / / /

28

14

53.    In other words, users of TruGreen's website are on notice that TruGreen claims trade dress rights in the "look and feel" of the website and acknowledge and agree that TruGreen has such rights.

**F.    Sohail's Employment with TruGreen**

54.    Sohail began his employment as a Branch Sales Manager at TruGreen's Reno, Nevada branch on March 4, 2013.

55.    Sohail's employment with TruGreen was contingent upon, among other things, his agreement to execute and abide by TruGreen's Confidentiality and Non-Compete Agreement (the "Agreement").  Sohail executed the Agreement on or about March 4, 2013.  A true and correct copy of the March 4, 2013 Agreement is attached as **Exhibit G**.

56.    The Agreement prohibits Sohail from disclosing or using TruGreen's confidential information, including TruGreen's trade secrets, for his own benefit or for the benefit of any other person or entity.

57.    Section 4(a) of the Agreement provides, in part:

**Confidentiality/Non-Disclosure**

(a)    <u>Non-Disclosure of Confidential Information</u>.  Employee acknowledges that during the court of performing Employee's duties hereunder, Employee will have access, and has heretofore had access, to TruGreen's Confidential Information, including TruGreen trade secrets, and was entrusted with important TruGreen assets, such as customer relationships and customer goodwill. Employee, while in TruGreen's employ or at any time thereafter, will not, without the express written consent of TruGreen's President. Chief Operating Officer or Legal Counsel, directly or indirectly communicate or divulge, or use for Employee's own benefit or for the benefit of any other person or entity, any Confidential Information which Employee acquired during the course of Employee's employment with TruGreen; however, Employee may disclose or use such information under any of the following circumstances:

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

(i)      disclosure or use thereof in good faith by the Employee in connection with the performance of the Employee's duties in the course of Employee's employment by TruGreen; or

(ii)      disclosure that a court or other governmental agency of competent jurisdiction requires the Employee to make.

58.      The Agreement defines "Confidential Information" to include the following information:

[ . . .] marketing and sales techniques, business and marketing plans, product and equipment information, financial data, billing rates, formulas, methods, theories, manuals, internal customer lists, internal analysis of customers and prospective customers, and compilations of information about particular needs and preferences of customers; costs, specifications, processes, and related non-public pricing information, customer expectations and customer data including the names, lists, profit margins, buying habits, buying history and practices of customers or clients, and the relationships between TruGreen and its customers and the persons and entities, and other confidential data of any kind, nature or description relating to TruGreen's customers (collectively "Confidential Information").

59.      Section 5 of the Agreement provides:

**Non-Competition/Non-Solicitation/Non-Interference.** Because of and in consideration of TruGreen's provision of its Confidential Information to Employee, in acknowledgment of the highly competitive and sensitive nature of the businesses and services, and in order to protect such Confidential Information and the goodwill and customer relationships with which the Employee has been entrusted with by TruGreen, Employee agrees as follows:

(a)      <u>Non-Competition</u>

(i)      During Employee's employment with TruGreen, the Employee shall not, without the express written approval of TruGreen's President, Chief Operating Officer or Legal Counsel, directly or indirectly, own, manage, participate in or otherwise engage in or have any connection with any business which provides any service or product that, to the Employee's knowledge, is provided or proposed to be provided by TruGreen Employee agrees to disclose and to first offer to the Company any and all business and/or corporate opportunities learned of as a result of Employee's service with the Company.

(ii)      During the one (1) year period following termination of Employee's employment with TruGreen, Employee will not, within any county in which Employee was assigned duties during the last twelve (12) months of employment, directly or indirectly become interested

16

in (as an individual, partner, stockholder, director, officer, principal, agent, employee, trustee, lender of money or in any other capacity) any work or activity, or render services for a company, that involves a product, process, service or development which is then competitive with a product, process, service or development which is regularly used, or planned to be used, in the operation of TruGreen's business.

(b)    Non-solicitation. During Employee's employment by TruGreen and for a period of one (1) year following the termination of such association or engagement with TruGreen, and except in the good faith furtherance of TruGreen's interests, Employee will not, without TruGreen's President's, Chief Operating Officer's, or Legal Counsel's express written approval, directly or indirectly, on behalf of himself or for others, solicit, contact in any manner or sell any product to any TruGreen customer with whom Employee had actual contact while employed by TruGreen for the purpose of directly or indirectly providing any service or product competitive with any service or product which is provided at the time of such contact by TruGreen.

(c)    Non-Interference. Employee shall not directly or indirectly induce or encourage:

(i)    any TruGreen employee to leave his/her position or to seek employment or association with any person or entity other than TruGreen; or

(ii)    any TruGreen customer to modify or terminate any relationship, whether or not evidenced by a written contract, with TruGreen.

60.    Section 6 of the Agreement provides, in part, that Sohail "shall reimburse TruGreen for all attorneys' fees and costs incurred by it in enforcing any of its rights or remedies under . . . any other provision of [the] Agreement".

61.    The agreement provides that Tennessee law shall govern its validity, construction, interpretation and effect.

62.    Throughout the tenure of his employment at TruGreen, Sohail held the titles of Branch Sales Manager, General Manager I, and Market GM.

63.    On or about January 18, 2022, Sohail was promoted to Market GM and became responsible for the Reno, Nevada, Sacramento, California, and Concord,

17

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

California Markets.  He held this title until his employment with TruGreen terminated on September 25, 2022.

64.    As Market GM, Sohail was responsible for developing, growing, and maintaining TruGeen's residential and commercial business in the Reno, Sacramento and Concord Markets.

65.    Sohail worked primarily out of TruGreen's Reno Branch.

66.    To perform his duties and responsibilities as a Market GM at TruGreen, Sohail was permitted to access, utilize, and further develop TruGreen's Trade Secrets, and other Confidential Information.   In addition, as Market GM, Sohail also regularly dealt and engaged with TruGreen's residential and commercial customers in his respective Markets.

**G.**    **Sohail's Employment With TruGreen is Terminated**

67.    On September 25, 2022, TruGreen terminated Sohail's employment for Cause for violation of TruGreen policies.

**H.**    **Sohail Establishes a Competing Company and Violates His Post-Employment Restrictions Owed to TruGreen**

68.    Three days after he was terminated, Sohail incorporated BloomsGreen, LLC.

69.    BloomsGreen's    website    (www.bloomsgreen.com),    states    that BloomsGreen provides lawn care services, weed control, tree and shrub service, and exterior pest control to residential and commercial clients in Northern Nevada and Sacramento, California.

70.    Upon information and belief, BloomsGreen competes with TruGreen in TruGreen's Reno, Nevada and Sacramento, California Markets by providing residential

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

and commercial customers with products and services that are competitive with the products and services provided by TruGreen.

71.    Upon information and belief, Sohail has also solicited and hired at least one TruGreen employee for employment with BloomsGreen.  That employee resigned his employment in December 2022, and subsequently joined BloomsGreen.

72.    That employee, whose identity will be disclosed upon entry of a protective order, informed TruGreen management that he had been directly solicited by Sohail for employment with BloomsGreen. Sohail has solicited TruGreen customers to provide lawn care services.

73.    Upon information and belief, Sohail has also used TruGreen's confidential information to solicit a TruGreen commercial customer that Sohail learned about and dealt with as a TruGreen Market GM and undercut TruGreen's pricing to obtain that commercial customer's business.

74.    In March 2023, that commercial customer, whose identity will be disclosed upon entry of a protective order, terminated its relationship with TruGreen informing TruGreen management that Sohail had offered lower pricing for the services that TruGreen was providing to that commercial customer.

75.    TruGreen has been damaged as a result of Sohail's breach of the Agreement.

76.    TruGreen is entitled to, among other relief, injunctive relief preventing Sohail from continuing to violate the Agreement, an award of actual damages to be determined allowing for TruGreen to be made whole, together with pre-judgment and post-judgment interest.

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

## I.      Defendant BloomsGreen's Infringing Activities.

77.     Upon information and belief, BloomsGreen, LLC ("BloomsGreen"), through its Managing Member, Sohail, registered the domain name www.bloomsgreen.com on September 28, 2022. The website at www.bloomsgreen.com depicts the mark BLOOMSGREEN in the following stylized form:

**BloomsGreen**

78.     The Facebook page for BloomsGreen, located at https://www.facebook.com/profile.php?id=100089342045443, until at least mid-April 2023, contained the following image, which depicts the mark BLOOMSGREEN ENJOY THE OUTDOORS in stylized form:



79.     This image also contains a ® symbol next to the stylized mark, even though the mark does not appear to be registered.

20

80.    Upon information and belief, Defendant BloomsGreen, without permission, license, or consent from TruGreen, copied the TruGreen Trademarks in developing these stylized marks.  In particular, when compared with the stylized mark referenced in paragraph 49 above, both TruGreen's marks and BloomsGreen's marks consist of a prefix involving a long "oo" /u/ sound, followed by the word "Green," and a stylized leaf incorporated into the word "Green" that points diagonally to the upper right and with a narrow white space to offset the stem.  In the respective longer-form stylized marks, just below the mark TRUGREEN or BLOOMSGREEN, respectively, is a somewhat smaller italicized phrase in a green font, with only the first letter of the first word capitalized and ending in a period, that suggests a positive message in connection with the "outdoors" or "outside".

81.    The fact that BloomsGreen's mark, as formerly shown on BloomsGreen's Facebook page, contained a ® symbol in the same location as TruGreen's stylized TRUGREEN mark, even though BloomsGreen lacks a registration, further suggests that BloomsGreen copied the TruGreen Trademarks.

82.    BloomsGreen's BLOOMSGREEN (and Design) mark is confusingly similar to TruGreen's stylized TRUGREEN trademark and is also an amalgamation of TruGreen's TRUGREEN Trademarks and LEAF DESIGN Trademark.  The amalgamated design mark, both individually and in connection with the misappropriated website trade dress, discussed further below, is likely to cause confusion, to cause mistake, and/or to deceive.

83.    BloomsGreen's BLOOMSGREEN ENJOY LIFE OUTDOORS (and Design) mark is confusingly similar to TruGreen's stylized TRUGREEN LIVE LIFE OUTSIDE mark and is also an amalgamation of TruGreen's TRUGREEN Trademarks,

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

TruGreen's LEAF DESIGN Trademark, and TruGreen's LIVE LIFE OUTSIDE Trademark. The amalgamated design mark, both individually and in connection with the misappropriated website trade dress, discussed further below, is likely to cause confusion, to cause mistake, and/or to deceive.

84.    In addition, BloomsGreen offers similar lawn care and related services for sale through its website located at www.bloomsgreen.com. Upon information and belief, BloomsGreen, without permission, license, or consent from TruGreen, also copied the look and feel of TruGreen's website. Screenshots of BloomsGreen's website are excerpted below:



FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**Figure 4: Screenshot from BloomsGreen's Website from April 2023**



**Figure 5: Screenshot from BloomsGreen's Website from June 2023**

85.     As can be seen in Figure 4, much like TruGreen's website, BloomsGreen's website contained a large grassy image with a very similar white sans serif font in front of the image.  Beneath this font is at least one green button with white font on top. The BloomsGreen website uses a green and white color scheme with the logo in the top left-hand corner and a phone number in the top right-hand corner.

86.     Since April 2023, BloomsGreen has apparently updated its website, but as can be seen in Figure 5, has maintained much of the same features.  BloomsGreen's website continues to depict grassy images with a white sans serif font in front of the image.  Beneath this font is at least one green button with white font on top. The BloomsGreen website continues to use a green and white color scheme with the logo in the top left-hand corner and a phone number in the top right-hand corner.

FP 47482102.1

87.    Indeed, much of BloomsGreen's website located at www.bloomsgreen.com has the same color, layout, design, and look and feel of TruGreen's website located at www.trugreen.com.

88.    TruGreen has been damaged by BloomsGreen's activities complained of herein and has no adequate remedy at law other than to seek temporary and permanent injunctive relief.

**COUNT ONE**
**BREACH OF CONTRACT**
**(Against Sohail)**

89.    TruGreen realleges and incorporates herein by reference the assertions contained in the foregoing paragraphs.

90.    While working for TruGreen, Sohail entered into the Agreement with TruGreen as referenced herein.

91.    The Agreement was supported by adequate consideration.

92.    TruGreen has fully performed all of its obligations under the Agreement.

93.    Sohail currently owns and operates BloomsGreen, a lawn services company, in violation of the Agreement in that he BloomsGreen provides competing services to customers, including Sohail's current and former customers, within the same counties in which Sohail provided services on behalf of, and during his last 12 months of employment at, TruGreen.

94.    Sohail has solicited TruGreen customers with whom he had contact with during his employment with TruGreen in violation of the Agreement.

95.    Sohail has solicited TruGreen employees for employment with BloomsGreen in violation of the Agreement.

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

96.     TruGreen has been damaged and will continue to suffer damages as a result of Sohail's breach of the Agreement.

97.     TruGreen is entitled to, among other relief, injunctive relief preventing Sohail from continuing to violate the Agreements, an award of actual damages to be determined allowing for TruGreen to be made whole, together with pre-judgment and post-judgment interest.

**COUNT TWO**
**TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT**
**(Against BloomsGreen, LLC)**

98.     TruGreen realleges and incorporates herein by reference the assertions contained in the foregoing paragraphs.

99.     TruGreen has protectable trademark rights in the TruGreen Trademarks, separately and in combination.

100.    BloomsGreen has infringed the federally registered TruGreen Trademarks in interstate commerce by various acts, including without limitation, offering for sale lawn care and related services under the BLOOMSGREEN (and Design) mark, which is confusingly similar to TruGreen's federally-registered TRUGREEN (and Design) trademark and is also an amalgamation of TruGreen's federally-registered TRUGREEN Trademarks and TruGreen's federally-registered LEAF DESIGN Trademark.

101.    BloomsGreen has infringed the federally registered TruGreen Trademarks in interstate commerce by various acts, including without limitation, offering for sale lawn care and related services under the BLOOMSGREEN ENJOY LIFE OUTSIDE (and Design) mark, which is confusingly similar to TruGreen's stylized TRUGREEN LIVE LIFE OUTSIDE mark and is also an amalgamation of

FP 47482102.1

*FISHER & PHILLIPS LLP*
*300 S Fourth Street, Suite 1500*
*Las Vegas, Nevada 89101*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

TruGreen's federally-registered TRUGREEN Trademarks, TruGreen's federally-registered LEAF DESIGN Trademark, and TruGreen's federally-registered LIVE LIFE OUTSIDE Trademark.

102.    BloomsGreen's use of the BLOOMSGREEN (and Design) mark and BLOOMSGREEN ENJOY LIFE OUTSIDE (and Design) mark is without TruGreen's permission or authority and is likely to cause confusion, to cause mistake, and/or to deceive the purchasing public and also constitutes initial interest confusion.

103.    BloomsGreen's use of the BLOOMSGREEN (and Design) mark and BLOOMSGREEN ENJOY LIFE OUTSIDE (and Design) mark, individually, together, and in combination with the website trade dress, are also likely to cause confusion, to cause mistake, and/or to deceive the purchasing public and constitute initial interest confusion

104.    BloomsGreen's use of the BLOOMSGREEN (and Design) mark and BLOOMSGREEN ENJOY LIFE OUTSIDE (and Design) mark has been made notwithstanding TruGreen's well-known and prior established rights in the TruGreen Trademarks with constructive notice of TruGreen's federal registration rights under 15 U.S.C. § 1072.

105.    BloomsGreen's conduct constitutes infringement of the federally-registered TruGreen Trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114, and infringement of the common law TruGreen Trademarks and combination thereof in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

106.    As a direct and proximate result of BloomsGreen's infringement of the TruGreen Trademarks, TruGreen has suffered and continues to suffer irreparable harm and damage to its business, for which it has no adequate remedy at law.

107.    BloomsGreen's acts of trademark infringement have caused TruGreen damages, and TruGreen seeks judgment pursuant to 15 U.S.C. § 1117 for BloomsGreen's profits made as a result of BloomsGreen's trademark infringement, for the damages sustained by TruGreen, for all costs necessary to remediate the trademark infringement and their effects, and for the costs and expenses incurred in bringing the present action, as well as an award of preliminary and permanent injunctive relief.

## COUNT THREE
## TRADE DRESS INFRINGEMENT
### (Against BloomsGreen, LLC)

108.    TruGreen realleges and incorporates herein by reference the assertions contained in the foregoing paragraphs.

109.    TruGreen's website design, including the color, layout, and design elements, is recognized by consumers, and has become the indicator of the source and origin of the services it provides, which in turn contributes to TruGreen's success.

110.    Users of TruGreen's website, which upon information and belief include Defendants, are on notice that TruGreen claims trade dress rights in the "look and feel" of the website and acknowledge and agree that TruGreen has such rights through Section 5 of the Terms & Conditions.

111.    BloomsGreen's use in commerce of its website located at www.bloomsgreen.com is confusingly similar to TruGreen's website located at www.trugreen.com and its content is likely to cause confusion, to cause mistake, or to deceive consumers as to an affiliation, connection, or association of BloomsGreen with TruGreen, as to the origin of BloomsGreen and its products and services, or as to the

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 47482102.1

sponsorship or approval of BloomsGreen's services, information, or commercial activities by TruGreen, in violation of 15 U.S.C. § 1125(a).

112.    As a direct and proximate result of BloomsGreen's infringement of TruGreen's trade dress, TruGreen has suffered and continues to suffer irreparable harm and damage to its business, for which it has no adequate remedy at law.

113.    BloomsGreen's acts of trade dress infringement have caused TruGreen damages, and TruGreen seeks judgment pursuant to 15 U.S.C. § 1117 for BloomsGreen's profits made as a result of BloomsGreen's trade dress infringement, for the damages sustained by TruGreen, for all costs necessary to remediate the trade dress infringement and their effects, and for the costs and expenses incurred in bringing the present action, as well as an award of preliminary and permanent injunctive relief.

## COUNT FOUR
## UNFAIR COMPETITION
## (Against BloomsGreen, LLC)

114.    TruGreen realleges and incorporates herein by reference the assertions contained in the foregoing paragraphs.

115.    BloomsGreen is using a website located at www.bloomsgreen.com and website content which is confusingly similar to TruGreen's website located at www.trugreen.com.

116.    BloomsGreen is also using a stylized BLOOMSGREEN mark which is confusingly similar to TruGreen's stylized TRUGREEN trademark and is also an amalgamation of TruGreen's TRUGREEN trademark and TruGreen's LEAF DESIGN Trademark. On at least the BloomsGreen Facebook page, BloomsGreen was also using a stylized BLOOMSGREEN ENJOY LIFE OUTDOORS mark which is confusingly similar to TruGreen's stylized TRUGREEN LIVE LIFE OUTSIDE mark and is also an

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

amalgamation of TruGreen's TRUGREEN trademark, TruGreen's LEAF DESIGN Trademark, and TruGreen's LIVE LIFE OUTSIDE Trademark. All of the foregoing was done with the intent to deceive the public into believing that the goods and services offered or sold by BloomsGreen are made by, approved by, sponsored by, or affiliated with TruGreen.

117.    BloomsGreen's acts as alleged herein were committed with the intent to pass off BloomsGreen's website and marks as the website, trade dress, and trademarks of, approved by, sponsored by, or affiliated with TruGreen, and with the intent to deceive and defraud the public.

118.    BloomsGreen's acts constitute unfair competition and passing off, and have caused TruGreen damages, including, without limitation, lost profits, and harm to its reputation.

119.    BloomsGreen's acts constitute violations of 15 U.S.C. § 1125.

120.    BloomsGreen's acts of unfair competition have caused TruGreen damages, and TruGreen seeks judgment pursuant to 15 U.S.C. § 1117 for BloomsGreen's profits made as a result of BloomsGreen's unfair competition, for the damages sustained by TruGreen, for all costs necessary to remediate the unfair competition and their effects, and for the costs and expenses incurred in bringing the present action, as well as an award of preliminary and permanent injunctive relief.

## REQUEST FOR RELIEF

WHEREFORE, by virtue of the foregoing acts complained of, Plaintiff TruGreen Limited Partnership, respectfully requests that this Honorable Court enter one or more orders granting them the following relief:

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 47482102.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

A.    A permanent injunction requiring Defendants (and any persons acting in concert with them or on their behalf) to:

1.  comply with Sohail's obligations in the TruGreen agreements referenced in the Complaint, including but not limited to the non-competition and non-solicitation provisions; and

2.  enjoin BloomsGreen, LLC, its owners, members, officers, directors, agents, partners, employees and related companies, and all persons acting in concert with them, from copying, reproducing, distributing, advertising, promoting, or displaying the infringing marks and website content;

3.  destroy all materials or articles infringing TruGreen's trademarks and trade dress.

B.    A judgment in favor of TruGreen and against Defendants for breaching Sohail's non-competition and non-solicitation contractual obligations owed to TruGreen;

C.    A finding that BloomsGreen has engaged in trademark infringement, trade dress infringement, and unfair competition in violation of 15 U.S.C. §§ 1114(a) and 1125(a) and that BloomsGreen has willfully infringed TruGreen's trademarks and trade dress;

D.    Award to TruGreen BloomsGreen's profits after an accounting and TruGreen's damages, including but not limited to, lost sales and monetary damages incurred as a result of BloomsGreen's infringement of TruGreen's trademarks, trade dress, and unfair competition;

FP 47482102.1

1    E.    Award to TruGreen punitive damages and/or treble damages, as

2  determined by this Court, for BloomsGreen's deliberate and willful trademark

3  infringement and unfair competition;

4
        F.    Award to TruGreen its reasonable attorney fees, pursuant to, among
5
   other things, 15 U.S.C. § 1117 and the equitable powers of this Court;
6

7        G.    Order Sohail and BloomsGreen to pay to TruGreen the costs of this

8  action; and

9        H.    Award to TruGreen such other and further relief as the Court deems just

10  and proper.

11                              **FISHER & PHILLIPS LLP**

12
                              By: */s/ Allison Kheel*
13                              Allison Kheel
                              300 S. Fourth Street, Suite 1500
14                              Las Vegas, Nevada 89101
                              Telephone: (702) 862-3817
15                              Facsimile: (702) 252-7411
                              akheel@fisherphillips.com
16

17                              Daniel F. Lanciloti
                              (Ill. ARDC No. 6225408)
18                              (*pro hac vice* forthcoming)
                              10 South Wacker Drive, Suite 3450
19                              Chicago, Illinois 60606
                              Telephone: (312) 346-8061
20                              Facsimile: (312) 346-3179
                              dlanciloti@fisherphillips.com
21

22                              **BAKER, DONELSON, BEARMAN,**
                              **CALDWELL &BERKOWITZ, PC.**
23                              Adam S. Baldridge
24                              (TN Bar No. 23488))
                              165 Madison Avenue. Suite 2000
25                              Memphis, Tennessee 38103
                              Telephone: (901) 577-2102
26                              Facsimile: (901) 577-0838
                              abaldridge@bakerdonelson.com
27                              *Counsel for Plaintiff*

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

31