```
FISHER & PHILLIPS LLP
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address:  akheel@fisherphillips.com
```
*Attorney for Plaintiff/Counterdefendant,*
*TruGreen Limited Partnership*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP, | Case No.: 3:23-CV-00292-LRH-CSD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR COUNTERDEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS (FIRST REQUEST)** |
| vs. | |
| FARRUKH SOHAIL and BLOOMSGREEN, LLC, | |
| Defendants. | |
| FARRUKH SOHAIL, | |
| Counterclaimant, | |
| vs. | |
| TRUGREEN LIMITED PARTNERSHIP, | |
| Counterdefendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Counterdefendant shall have an extension of time up to and including **September 14, 2023,** to respond to the Counterclaims on file herein.  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this

1

**Error! Unknown document property name.**

1  Court.  This is the first request for an extension of time to file an answer or otherwise
2  respond to Counterclaimant's Counterclaims.
3      Defendant was served with a copy of the Counterclaims in this matter on
4  August 3, 2023, thereby making the response due on or before August 24, 2023.
5  Counterdefendant requires additional time to thoroughly investigate the allegations and
6  claims asserted in the Counterclaims.  This request is made in good faith, in the interest
7  of justice, and not for purposes of delay.
8      Accordingly, the parties' counsel of record have stipulated and agreed that
9  Counterdefendant shall have an extension of time up to and including **September 14,**
10 **2023,** to respond to the Counterclaims on file herein.
11 DATED this 22nd day of August, 2023.

| THE GILMORE LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Frank C. Gilmore* <br> Frank C. Gilmore <br> Nevada Bar No. 10052 <br> 3715 Lakeside Drive <br> Reno, Nevada 89509 | By: */s/ Allison Kheel, Esq.* <br> Allison L. Kheel, Esq. <br> Nevada Bar No. 12986 <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 862-3817 <br> Facsimile: (702) 252-7411 <br> akheel@fisherphillips.com <br> *One of the Attorneys for Plaintiff/Counterdefendant* <br><br> Daniel F. Lanciloti, Esq. <br> Ill. ARDC No. 6225408 <br> 10 South Wacker Drive, Suite 3450 <br> Chicago, Illinois 60606 <br> Telephone: (312) 346-8061 <br> Facsimile: (312) 346-3179 <br> dlanciloti@fisherphillips.com <br> *One of the Attorneys for Plaintiff/Counterdefendant* <br><br> Shane Stover, Esq. <br> Ill. ARDC No. 6342857 <br> 10 South Wacker Drive, Suite 3450 <br> Chicago, Illinois 60606 |

**Error! Unknown document property name.**

Telephone: (312) 260-4766
Facsimile: (312) 346-3179
sstover@fisherphillips.com
*One of the Attorneys for Plaintiff/Counterdefendant*

**BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC.**
Adam S. Baldridge, Esq.
TN Bar No. 23488
165 Madison Avenue. Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
abaldridge@bakerdonelson.com
*One of the Attorneys for Plaintiff/Counterdefendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2023

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

3

**Error! Unknown document property name.**