FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP, | Case No.: 3:23-CV-00292-LHR-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND THE STAY ON PROCEEDINGS PENDING MEDIATION** |
| vs. | |
| FARRUKH SOHAIL and BLOOMSGREEN, LLC, | |
| Defendants. | |
| FARRUKH SOHAIL, | |
| Counterclaimant, | |
| vs. | |
| TRUGREEN LIMITED PARTNERSHIP, | |
| Counterdefendant. | |

1

FP 48836036.3

Plaintiff/Counterdefendant TruGreen Limited Partnership ("TruGreen" or "Plaintiff"), Defendant BloomsGreen, LLC ("BloomsGreen") and Defendant/Counterclaimant Farrukh Sohail ("Sohail") (BloomsGreen and Sohail collectively referred to as "Defendants"), by and through their attorneys of record, respectfully update this Court on the status of this case and move this Court for an extension of time on the stay on the proceedings in this matter until January 26, 2024, or until they have exhausted their mediation and settlement efforts, whichever occurs later.

1. On September 18, 2023, the parties entered their Discovery Plan and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f)(3) and LR 26-1, and requested this Court stay further proceedings in this matter until December 15, 2023, or until they have exhausted their mediation efforts, whichever occurs later.

2. On September 28, 2023, the Court heard and approved the parties' proposed Discovery Plan and Scheduling Order requesting special scheduling.

3. On October 16, 2023, counsel for Plaintiff conferred with counsel for Defendant on scheduling mediation for this matter. Since October 16, 2023, counsel for Plaintiff has contacted multiple potential mediators. However, given the upcoming holiday season and the limited availability on the mediators' calendars, the parties have not been able to secure a date for mediation prior to the December 15, 2023 deadline currently set by this Court. However, the parties have scheduled a mediation session with Richard Sankovitz to tentatively take place on either January 18 or 25, 2024.

4. On October 27, 2023, the Court ordered that the parties file a status report, either jointly or separately, on or before December 18, 2023, advising the Court of the status of the mediation efforts or a briefing schedule for Plaintiff's pending Motion to Dismiss.

FP 48836036.3

1  5. On November 20, 2023, the parties engaged in settlement discussions without a mediator and made significant progress toward reaching a realistic resolution regarding this matter. The parties would like additional time to have further settlement discussions on their own without incurring the cost of a mediator. The Parties believe there is a substantial possibility that this case will be fully and finally resolved prior to the scheduled mediation date.

6. Wherefore, because the parties believe that they may be able to resolve this matter without incurring additional expenses through mediation, they request an extension of time on the stay on the proceedings in this matter until January 26, 2024. Should it be required, the parties will proceed with the mediation dates tentatively scheduled for January 18 or 25, 2024, and the parties request the additional time to participate in mediation before a private mediator prior to briefing Plaintiff's pending Motion to Dismiss and prior to engaging in formal discovery.

7. The foregoing constitutes good cause for the extension of time.

DATED this 21st day of November, 2023.

| THE GILMORE LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Frank C. Gilmore*<br>Frank C. Gilmore<br>Nevada Bar No. 10052<br>3715 Lakeside Drive<br>Reno, Nevada 89509<br>*Attorney for Defendants/Counterclaimant* | By: */s/ Daniel F. Lanciloti, Esq.*<br>Allison L. Kheel, Esq.<br>Nevada Bar No. 12986<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Telephone: (702) 862-3817<br>akheel@fisherphillips.com<br><br>Daniel F. Lanciloti, Esq. (admitted *Pro Hac Vice*)<br>Ill. ARDC No. 6225408<br>10 South Wacker Drive, Suite 3450<br>Chicago, Illinois 60606<br>Telephone: (312) 346-8061<br>Facsimile: (312) 346-3179<br>dlanciloti@fisherphillips.com |

FP 48836036.3

Shane Stover, Esq. (admitted *Pro Hac Vice*)
Ill. ARDC No. 6342857
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 260-4766
Facsimile: (312) 346-3179
sstover@fisherphillips.com

**BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC.**
Adam S. Baldridge, Esq. (admitted *Pro Hac Vice*)
TN Bar No. 23488
165 Madison Avenue. Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
abaldridge@bakerdonelson.com
*Attorneys for Plaintiff/Counter-defendant*

## ORDER

Pursuant to the stipulation of the parties and good cause appearing,

IT IS ORDERED that an extension of time on the stay of the proceedings until January 26, 2024 is GRANTED.

IT IS FURTHER ORDERED that a status report shall be filed either jointly or separately by the Parties on or before January 26, 2024. Such report should fully inform the Court of the status of the mediation efforts or include a briefing schedule for Plaintiff's pending Motion to Dismiss (ECF No. 20).

IT IS SO ORDERED.

DATED this 27th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE