FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP, | Case No.: 3:23-CV-00292-LHR-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND THE STAY ON PROCEEDINGS** |
| vs. | |
| FARRUKH SOHAIL and BLOOMSGREEN, LLC, | |
| Defendants. | |
| FARRUKH SOHAIL, | |
| Counterclaimant, | |
| vs. | |
| TRUGREEN LIMITED PARTNERSHIP, | |
| Counterdefendant. | |

1

Plaintiff/Counterdefendant TruGreen Limited Partnership ("TruGreen" or "Plaintiff"), Defendant BloomsGreen, LLC ("BloomsGreen") and Defendant/Counterclaimant Farrukh Sohail ("Sohail") (BloomsGreen and Sohail collectively referred to as "Defendants"), by and through their attorneys of record, hereby submit this Joint Status Report and Stipulation and Order to Extend the Stay on Proceedings.

1.  On September 18, 2023, the parties entered their Discovery Plan and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f)(3) and LR 26-1, and requested this Court stay further proceedings in this matter until December 15, 2023, or until they have exhausted their mediation efforts, whichever occurs later. The Court heard and approved the parties' proposed Discovery Plan and Scheduling Order requesting special scheduling on September 28, 2023.

2.  On November 21, 2023, the parties submitted a stipulation for an extension of time on the stay on the proceedings in this matter until January 26, 2024, or until they have exhausted their mediation and settlement efforts, whichever occurs later. On November 27, 2023, the Court granted the parties stipulation and ordered that a status report be filed either jointly or separately by the parties on or before January 26, 2024, informing the Court of the status of the mediation efforts or include a briefing schedule for Plaintiff's pending Motion to Dismiss.

3.  Since mid-November 2023, the parties have actively engaged in meaningful settlement discussions without a mediator and have made significant progress toward reaching a realistic and anticipated resolution regarding this matter. The parties have agreed, in principle, to almost a complete resolution of this matter. The parties are down to only one issue that remains but are actively working on resolving that issue and anticipate it will be resolved in the next fourteen (14) days or sooner. The remaining issue involves a modification to

1  Defendant BloomsGreen's logo.  On January 22, 2024, Defendant BloomsGreen
2  provided Plaintiff TruGreen with several "mockups" of BloomsGreen's proposed
3  logo.  TruGreen is currently reviewing those mockups and will respond back to
4  Defendant BloomsGreen shortly.

5      4.  In the event that this final issue cannot be resolved, the parties
6  have tentatively scheduled a potential mediation with Richard Sankovitz.  Should
7  this matter not be amicably resolved first, the parties are prepared to promptly
8  move forward with private mediation.  However, the parties believe there is a
9  high likelihood that this case will be fully and finally resolved within the next
10 fourteen (14) days.

11     5.  Wherefore, because the parties believe that they may be able to
12 resolve this matter without incurring additional expenses through mediation and
13 anticipate being able to submit a stipulation for dismissal within 14 days, they
14 request an extension of time on the stay on the proceedings in this matter until
15 February 8, 2024.  Should it be required, the parties will proceed with mediation
16 prior to briefing Plaintiff's pending Motion to Dismiss and prior to engaging in
17 formal discovery.

18     6.  The foregoing constitutes good cause for the extension of time.
19 DATED this 25th day of January, 2024.

| THE GILMORE LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Frank C. Gilmore* <br> Frank C. Gilmore <br> Nevada Bar No. 10052 <br> 3715 Lakeside Drive <br> Reno, Nevada 89509 <br> *Attorney for Defendants/ Counterclaimant* | By: */s/ Daniel F. Lanciloti, Esq.* <br> Allison L. Kheel, Esq. <br> Nevada Bar No. 12986 <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 862-3817 <br> akheel@fisherphillips.com <br><br> Daniel F. Lanciloti, Esq. (admitted *Pro Hac Vice*) <br> Ill. ARDC No. 6225408 <br> 10 South Wacker Drive, Suite 3450 |

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

3

Facsimile: (312) 346-3179
dlanciloti@fisherphillips.com

Shane Stover, Esq. (admitted *Pro Hac Vice*)
Ill. ARDC No. 6342857
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 260-4766
Facsimile: (312) 346-3179
sstover@fisherphillips.com

**BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC.**
Adam S. Baldridge, Esq. (admitted *Pro Hac Vice*)
TN Bar No. 23488
165 Madison Avenue. Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
abaldridge@bakerdonelson.com

*Attorneys for Plaintiff/Counter-defendant*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 29th day of January, 2024.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

4