FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP, | Case No.: 3:23-CV-00292-LHR-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO EXTEND** |
| | **THE STAY ON PROCEEDINGS** |
| FARRUKH SOHAIL and BLOOMSGREEN, LLC, | |
| Defendants. | |
| FARRUKH SOHAIL, | |
| Counterclaimant, | |
| vs. | |
| TRUGREEN LIMITED PARTNERSHIP, | |
| Counterdefendant. | |

1

FP 49518384.1

Plaintiff/Counterdefendant TruGreen Limited Partnership ("TruGreen" or "Plaintiff"), Defendant BloomsGreen, LLC ("BloomsGreen") and Defendant/Counterclaimant Farrukh Sohail ("Sohail") (BloomsGreen and Sohail collectively referred to as "Defendants"), by and through their attorneys of record, hereby submit this Joint Status Report and Stipulation and Order to Extend the Stay on Proceedings.

1.  On September 18, 2023, the parties entered their Discovery Plan and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f)(3) and LR 26-1, and requested this Court stay further proceedings in this matter until December 15, 2023, or until they have exhausted their mediation efforts, whichever occurs later. The Court heard and approved the parties' proposed Discovery Plan and Scheduling Order requesting special scheduling on September 28, 2023.

2.  On November 21, 2023, the parties submitted a stipulation for an extension of time on the stay on the proceedings in this matter until January 26, 2024, or until they have exhausted their mediation and settlement efforts, whichever occurs later. On November 27, 2023, the Court granted the parties stipulation.

3.  On January 25, 2024, the parties submitted a Joint Status Report and Stipulation and Order to Extend the Stay on Proceedings in this matter until February 8, 2024, or until they have exhausted their mediation and settlement efforts, whichever occurs later. On January 29, 2024, the Court granted the parties' stipulation.

4.  Since mid-November 2023, the parties have actively engaged in meaningful settlement discussions without a mediator. The parties are happy to report that they have reached an agreement in principle to settle all claims at issue in this matter. The parties are currently in the process of preparing the Settlement

FP 49518384.1

1  Agreement and anticipate finalizing and executing such agreement in the next
2  fourteen (14) days or sooner.

3      5.    Wherefore, because the parties have agreed in principle to a
4  settlement of this matter and anticipate being able to submit a stipulation for
5  dismissal within fourteen (14) days, they request an extension of time on the stay
6  on the proceedings in this matter until February 22, 2024. Should it be required,
7  which the parties do not anticipate will be the case, the parties will proceed with
8  mediation prior to briefing Plaintiff's pending Motion to Dismiss and prior to
9  engaging in formal discovery.

10      6.    The foregoing constitutes good cause for the extension of time.

11  DATED this 8th day of February, 2024.

| THE GILMORE LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Frank C. Gilmore* <br> Frank C. Gilmore <br> Nevada Bar No. 10052 <br> 3715 Lakeside Drive <br> Reno, Nevada 89509 <br> *Attorney for Defendants/ Counterclaimant* | By: */s/ Daniel F. Lanciloti, Esq.* <br> Allison L. Kheel, Esq. <br> Nevada Bar No. 12986 <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 862-3817 <br> akheel@fisherphillips.com <br><br> Daniel F. Lanciloti, Esq. (admitted *Pro Hac Vice*) <br> Ill. ARDC No. 6225408 <br> 10 South Wacker Drive, Suite 3450 <br> Facsimile: (312) 346-3179 <br> dlanciloti@fisherphillips.com <br><br> Shane Stover, Esq. (admitted *Pro Hac Vice*) <br> Ill. ARDC No. 6342857 <br> 10 South Wacker Drive, Suite 3450 <br> Chicago, Illinois 60606 <br> Telephone: (312) 260-4766 <br> Facsimile: (312) 346-3179 <br> sstover@fisherphillips.com <br><br> **BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC.** |

3

FP 49518384.1

Adam S. Baldridge, Esq. (admitted *Pro Hac Vice*)
TN Bar No. 23488
165 Madison Avenue. Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
abaldridge@bakerdonelson.com
*Attorneys for Plaintiff/Counter-defendant*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 8th day of February, 2024.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 49518384.1