FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP, | Case No.: 3:23-CV-00292-LHR-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO EXTEND** |
| | **THE STAY ON PROCEEDINGS** |
| FARRUKH SOHAIL and BLOOMSGREEN, LLC, | |
| Defendants. | |
| FARRUKH SOHAIL, | |
| Counterclaimant, | |
| vs. | |
| TRUGREEN LIMITED PARTNERSHIP, | |
| Counterdefendant. | |

1

FP 49675655.3

Plaintiff/Counterdefendant TruGreen Limited Partnership ("TruGreen" or "Plaintiff"), Defendant BloomsGreen, LLC ("BloomsGreen") and Defendant/Counterclaimant Farrukh Sohail ("Sohail") (BloomsGreen and Sohail collectively referred to as "Defendants"), by and through their attorneys of record, hereby submit this Joint Status Report and Stipulation and Order to Extend the Stay on Proceedings.

1. On February 8, 2024, the parties filed a Joint Status Report and Stipulation to Extend the Stay on the Proceedings notifying the Court that they have reached an agreement in principle to settle all claims and counterclaims at issue in this matter. Plaintiff's counsel prepared and sent the draft settlement agreement to Defendants counsel for review and approval on February 21, 2024. The Parties expect to have an agreement finalized within the next fourteen (14) days or sooner.

2. Wherefore, because the parties have agreed in principle to a settlement of this matter and anticipate being able to submit a stipulation for dismissal within fourteen (14) days, they request an extension of time on the stay on the proceedings in this matter until March 7, 2024. Should it be required, which the parties do not anticipate will be the case, the parties will proceed with mediation prior to briefing Plaintiff's pending Motion to Dismiss and prior to engaging in formal discovery.

3. The foregoing constitutes good cause for the extension of time.

DATED this 22nd day of February, 2024.

| THE GILMORE LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Frank C. Gilmore<br>Frank C. Gilmore<br>Nevada Bar No. 10052<br>3715 Lakeside Drive<br>Reno, Nevada 89509<br>*Attorney for Defendants/<br>Counterclaimant* | By: /s/ Daniel F. Lanciloti, Esq.<br>Allison L. Kheel, Esq.<br>Nevada Bar No. 12986<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Telephone: (702) 862-3817<br>akheel@fisherphillips.com |

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 49675655.3

Daniel F. Lanciloti, Esq. (admitted *Pro Hac Vice*)
Ill. ARDC No. 6225408
10 South Wacker Drive, Suite 3450
Facsimile: (312) 346-3179
dlanciloti@fisherphillips.com

Shane Stover, Esq. (admitted *Pro Hac Vice*)
Ill. ARDC No. 6342857
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 260-4766
Facsimile: (312) 346-3179
sstover@fisherphillips.com

**BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC.**
Adam S. Baldridge, Esq. (admitted *Pro Hac Vice*)
TN Bar No. 23488
165 Madison Avenue. Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
abaldridge@bakerdonelson.com
*Attorneys for Plaintiff/Counter-defendant*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of February, 2024

3