FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUGREEN LIMITED PARTNERSHIP, | Case No.: 3:23-CV-00292-LHR-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL** |
| FARRUKH SOHAIL and BLOOMSGREEN, LLC, | |
| Defendants. | |
| FARRUKH SOHAIL, | |
| Counterclaimant, | |
| vs. | |
| TRUGREEN LIMITED PARTNERSHIP, | |
| Counterdefendant. | |

1

FP 49675920.3

The Parties, Plaintiff/Counterdefendant TruGreen Limited Partnership ("TruGreen" or "Plaintiff"), Defendant BloomsGreen, LLC ("BloomsGreen") and Defendant/Counterclaimant Farrukh Sohail ("Sohail") (BloomsGreen and Sohail collectively referred to as "Defendants"), by and through their attorneys of record, hereby jointly stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a), with each side to bear their own fees and costs. The Parties so stipulate based on having executed a settlement agreement resolving all claims raised by TruGreen against BloomsGreen and Sohail and all counterclaims raised by Sohail against TruGreen in this action.

DATED this 28th day of March, 2024.

| THE GILMORE LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Frank C. Gilmore* <br> Frank C. Gilmore <br> Nevada Bar No. 10052 <br> 3715 Lakeside Drive <br> Reno, Nevada 89509 <br> *Attorney for Defendants/ Counterclaimant* | By: */s/ Daniel F. Lanciloti, Esq.* <br> Allison L. Kheel, Esq. <br> Nevada Bar No. 12986 <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 862-3817 <br> akheel@fisherphillips.com <br><br> Daniel F. Lanciloti, Esq. (admitted *Pro Hac Vice*) <br> Ill. ARDC No. 6225408 <br> 10 South Wacker Drive, Suite 3450 <br> Facsimile: (312) 346-3179 <br> dlanciloti@fisherphillips.com <br><br> Shane Stover, Esq. (admitted *Pro Hac Vice*) <br> Ill. ARDC No. 6342857 <br> 10 South Wacker Drive, Suite 3450 <br> Chicago, Illinois 60606 <br> Telephone: (312) 260-4766 <br> Facsimile: (312) 346-3179 <br> sstover@fisherphillips.com <br><br> **BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC.** |

FP 49675920.3

Adam S. Baldridge, Esq. (admitted *Pro Hac Vice*)
TN Bar No. 23488
165 Madison Avenue. Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
abaldridge@bakerdonelson.com
*Attorneys for Plaintiff/Counter-defendant*

## ORDER

Pursuant to the Stipulation between the Parties, IT IS ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) with each side bearing their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this 28th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 49675920.3