AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TRUGREEN LIMITED PARTNERSHIP,

                 Plaintiff,

   v.

FARRUKH SOHAIL and BLOOMSGREEN, LLC,

                Defendant.

FARRUKH SOHAIL,

                Counterclaimant,

TRUGREEN LIMITED PARTNERSHIP,

                Counterdefendant.

JUDGMENT

Case Number:   3:23-cv-00292-LRH-CSD

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) with each side bearing their own fees and costs.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date:  March 28, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk